UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-1028

ROLANDO MUNIZ,
                                        Appellant

v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; DR. ABIGAIL
LOPEZ-DE LASALLE; JOHN and JANE DOES

(D.N.J. No. 1:22-cv-00816)


Present:  RESTREPO, MONTGOMERY-REEVES, and SCIRICA, Circuit Judges


**ORDER**

        The opinion filed on August 13, 2025 is hereby vacated.  The Clerk is directed to
file the amended opinion contemporaneously with this order.  The amendments to the
opinion are strictly typographical.  Accordingly, the judgment remains as originally filed
and the deadline for any petition for rehearing will be due 14 days from August 13, 2025.


                                        By the Court,

                                        s/Anthony J. Scirica
                                        Circuit Judge


Dated: August 18, 2025
Tmm/cc: John T. Stinson Jr., Esq.
            Samuel Weiss, Esq.